James M. Barrett, OSB No. 011991
james.barrett@ogletreedeakins.com
Christopher A. Morehead, OSB No. 134341
christopher.morehead@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:    503.552.2140
Fax:              503.224.4518

Attorneys for Defendant SEPHORA USA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JESSICA DRESE,<br><br>       Plaintiff,<br><br>v.<br><br>SEPHORA USA, INC.,<br><br>       Defendant. | Case No.  3:18-cv-02131-JR<br><br>**STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

SO STIPULATED this 28th day of June, 2019:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  s/ James M. Barrett
      James M. Barrett,  OSB No. 011991
      james.barrett@ogletreedeakins.com
      Christopher A. Morehead, OSB No. 134341
      christopher.morehead@ogletreedeakins.com
       Of Attorneys for Defendant Sephora USA, Inc.

CRISPIN EMPLOYMENT LAW PC

By:  s/Ashley A. Marton[1]
      Craig A. Crispin, OSB No. 824852
      crispin@employmentlaw-nw.com
      Ashley A. Marton, OSB No. 171584
      ashley@employmentlaw-nw.com
      CRISPIN EMPLOYMENT LAW PC
       Of Attorneys for Plaintiff Jessica Drese

---

[1] Authorization to sign received by email on June 27, 2019.

2 –  STIPULATED DISMISSAL OF CLAIMS
     WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518

## CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I served the foregoing **STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** on:

> Craig A. Crispin, OSB No. 824852
> crispin@employmentlaw-nw.com
> Ashley A. Marton, OSB No. 171584
> ashley@employmentlaw-nw.com
> CRISPIN EMPLOYMENT LAW PC
> 1834 SW 58th Ave., Ste. 200
> Portland, OR 97221
> Of Attorneys for Plaintiff

■ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed. It was contained in a sealed envelope and addressed as stated above.

☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

Dated: June 28, 2019.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:    s/ James M. Barrett
       James M. Barrett, OSB No. 011991
       james.barrett@ogletreedeakins.com
       Telephone: (503) 552-2140

       Attorneys for Defendant

39078829.1